IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RUTH RICHTER, | ) | |
| | ) | |
| Plaintiff, | ) | 8:13CV212 |
| | ) | |
| V. | ) | |
| | ) | |
| UNITED STATES POSTAL SERVICE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff has filed an objection (filing 8) stating that she did not receive copies of Filing Nos. 1 and 2 in this action from Defendant.[1] Filing Nos. 1 and 2 consist of Defendant's Notice of Removal and Defendant's Index of Evidence in Support of its Notice of Removal. However, Defendant's certificate of service for each of these documents indicates that Defendant did at least attempt to provide Plaintiff copies.

In order to ensure that Plaintiff receives copies of the filings herein,

**IT IS ORDERED** that Defendant shall provide Plaintiff with copies of future filings it makes in this action by mailing copies of such filings to Plaintiff at the following address: 5644 Leavenworth Street, Omaha, NE 68106. This is the address Plaintiff has provided to the Court. Plaintiff shall promptly notify the Court and Defendant if her address changes. The Clerk of Court is directed to mail a copy of this Order to Plaintiff at the above-referenced address.

**DATED July 16, 2013.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**

---

[1] Plaintiff also complains that she did not receive a copy of Filing No. 29 in *Richter v. United States Postal Service,* Case No. 8:12CV428 (D. Neb. 2012). Plaintiff's complaint in this regard will not be considered. Case No. 8:12CV428 was dismissed on June 12, 2013 (filing 40). Moreover, Filing No. 29 in that action was filed by Plaintiff. (Filing 29.)