IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RUTH RICHTER,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES POSTAL SERVICE,<br><br>    Defendant. | **8:13CV212**<br><br>**ORDER** |

This matter is before the court on plaintiff's Motion for Reconsideration, Filing No. 43, of this court's Memorandum and Order, Filing No. 41. The court has carefully reviewed the motion and finds it is without merit.

THEREFORE, IT IS ORDERED that plaintiff's Motion for Reconsideration, Filing No. 43, is denied.

Dated this 21st day of November, 2013.

            BY THE COURT:


            s/ Joseph F. Bataillon
            United States District Judge