IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RUTH RICHTER,<br><br>           Plaintiff,<br><br>vs.<br><br>UNITED STATES POSTAL SERVICE,<br><br>           Defendant. | 8:13CV212<br><br>ORDER |

This matter is before the court on plaintiff's Motion for New Reconsideration, Filing No. 45, of this court's Memorandum and Order, Filing No. 41. The court has carefully reviewed the motion and finds it is without merit.

THEREFORE, IT IS ORDERED that plaintiff's Motion for New Reconsideration, Filing No. 45, is denied.

Dated this 27th day of November, 2013.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge